Jared B. Pearson, Bar No. 12200
**Pearson Law Firm, PLLC**
9192 South 300 West, Suite 35
Sandy, Utah 84070
Telephone: (801) 888-0991

| | |
|---|---|
| IN THE UNITED STATES BANKRUPTCY COURT DISTRICT OF UTAH ||
| IN RE: <br><br> TAMMY ELIZABETH MORALES-DELCID. <br><br> Debtor. | Case No. 21-24679 <br><br> Judge: Joel T. Marker <br><br> Chapter 13 |
| OBJECTION TO TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO SUBMIT 2021 TAX RETURNS/REFUNDS ||

Debtor, by and through counsel of record, Jared B. Pearson, hereby objects to the Trustee's Motion to Dismiss for Failure to Submit her 2021 Tax Returns/Refunds. Debtor filed her 2021 taxes but is in the process of tracking down a copy of the returns.

THEREFORE, Debtor respectfully requests that the Court deny the Trustee's Motion to Dismiss and allow Debtor 30 days to provide a copy of her 2021 tax returns. Debtor further requests that attorney fees be awarded pursuant to the fee application filed herewith.

DATED: September  19 , 2022

/s/ Jared B. Pearson
JARED B. PEARSON
Attorney for Debtor(s)

## MAILING CERTIFICATE

      The undersigned hereby certifies that on September 19, 2022, a true and correct copy of the foregoing pleading was sent by U.S. Mail, first class, postage-prepaid, or by electronic notification to the following:

| | |
|---|---|
| Office of the U.S. Trustee<br>9 Exchange Place, Suite 100<br>Salt Lake City, Utah 84111 | By Electronic Notification |
| Chapter 13 Trustee | By Electronic Notification |

      /s/ Jared B. Pearson
      Jared B. Pearson